[No. 27481-3-I.   Division One.   October 5, 1992.]

TERENCE BUTLER, ET AL, *Respondents*, v. CRAFT ENG CONSTRUCTION, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-05982-1, John W. Riley, J., entered November 1, 1990. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Scholfield and Pekelis, JJ. Now published at 67 Wn. App. 684.

[No. 29764-3-I.   Division One.   October 5, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD D. COUSINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02697-8, Jim Bates, J., entered November 19, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Pekelis and Kennedy, JJ.

[No. 29226-9-I.   Division One.   October 5, 1992.]

WILLIAM C. SUMMERS, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-03978-0, Norma Smith Huggins, J., entered August 21, 1991. *Reversed* by unpublished opinion per Agid, J., concurred in by Webster, A.C.J., and Kennedy, J.

[No. 30055-5-I.   Division One.   October 5, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD SMITH, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-06052-7, Maurice Epstein, J. Pro Tem., entered January 27, 1992. *Affirmed* by unpublished per curiam opinion.